UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SOUTONOMA VALERA YAMEOGO, et al.,   :
:
Plaintiffs,   :
:    21-cv-7433 (VSB)
-against-   :
:    **ORDER**
ALEJANDRO MAYORKAS, et al.,   :
:
Defendants.   :
:
-------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on September 8, 2021, (Doc. 5), and filed an affidavit of service on October 28, 2021, (Doc. 23). The deadline for Defendants to respond to Plaintiffs' complaint was November 18, 2021. (See Doc. 23.) To date, Defendants have not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 55(d) of the Federal Rules of Civil Procedure and Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 29, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 29, 2021
             New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge